UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DAILY NEWS,

                    Plaintiff(s),

    -against-

MONASTER,

                   Defendant(s).
------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 3830 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, July 16, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                          Don Fletcher
                                               Courtroom Case Manager

Dated: New York, New York
            May 31, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2012