| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: _10/1/12_ |
| DAILY NEWS, L.P.,           : | |
|           Plaintiff,     : | 12 Civ. 3830 (JGK) (AJP) |
| -against-     : | **ORDER OF DISMISSAL ON CONSENT** |
| THOMAS MONASTER,     : | |
|           Defendant.     : | |
| ------------------------------- x | |

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. The October 5, 2012 settlement conference is cancelled. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:     New York, New York
              October 1, 2012

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                             Judge John G. Koeltl

**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Direct Dial: (212) 404-8720
E-Mail: mwilliams@ssbb.com

51 JOHN F. KENNEDY PKWY, 1st Fl. W.
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

FAX (212) 818-9606 / 07
www.ssbb.com



September 28, 2012

**Via Facsimile (212-805-7933)**

Honorable Andrew J. Peck
United States District Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

        Re: *Daily News, L.P. v. Thomas Monaster,*
            Case No. 12-cv-03830 (JGK)(AJP)

Dear Judge Peck:

      We represent plaintiff Daily News, L.P. in the above-referenced action and have prepared this letter with the consent and cooperation of the attorneys for defendant Thomas Monaster.

      Following referral of this action for settlement by Judge Koeltl, Your Honor ordered a settlement conference be held on October 5, 2012 and confidential settlement memorandum be provided to chambers by September 28, 2012.

      The parties have reached a settlement in principle to all disputes in this action and respectfully ask that the Court remove the settlement conference from its calendar. Counsel anticipate that the parties will reach settlement by October 12, 2012, after which the parties will stipulate to dismissing the complaint and counterclaim with prejudice and to bearing their own costs and attorneys' fees.

      We appreciate Your Honor's attention to this request.

                                                Respectfully yours,

                                                M. Williams

cc:    George R. McGuire, Esq. (via email)
         Bond Schoeneck & King
         *Attorneys for Defendant Thomas Monaster*

1512561_1